UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lester Einhaus
          Plaintiff,

v.               Case No.: 1:17−cv−04478
              Honorable Sara L. Ellis

Textmunication Holdings, Inc
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2018:

   MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 6/14/2018. Motion to dismiss [37] is denied as moot. The Court grants Plaintiff's oral motion to reassign case 18 C 2421. Case 18 C 2421 is ordered to be reassigned to Judge Sara L. Ellis as related to case number 17 C 4478. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.